Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John J. McDonald, Respondent, v. Press Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

International Trust Company, Appellant, v. William Gow and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted upon conditions stated in order. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Vahan Cardashian, Respondent, v. Henry B. Endicott and Others, Doing Business under the Firm Name, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Ancient Order of Hibernians of New York County, Appellant, v. Ancient Order of Hibernians of America and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Joseph D. Baucus, Appellant, v. Ernest H. B. Weatherall, Respondent. — Order modified as directed in order, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Joseph D. Baucus, Appellant, v. Ernest H. B. Weatherall, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Lazar Kriezis, Respondent, v. Edwin H. Jonson and Others, Appellants. — Order modified as directed in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of the Application of Mary M. Roberts, Respondent, for the Removal of Susan L. Vivian, as Sole Surviving Testamentary Trustee under the Last Will and Testament of Marshall O. Roberts, Deceased, and for the Appointment of the United States Trust Company of New York as Substituted Trustee of the Trusts Created by Said Will, in the Place and Stead of Said Susan L. Vivian. In the Matter of the Application for the Appointment of a Trustee under the Last Will and Testament of Marshall O. Roberts, Deceased. Susan L. Vivian and Marshall O. Roberts, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Joseph Shenk, Appellant, v. John Oliva and Another, Impleaded with Michele Graziano, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Laurien C. Robertson, Appellant, Respondent, v. Edward F. Robertson, Defendant. Gustav Lange, Jr., Respondent, Appellant.— Order